# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Diouf Sidy

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4851-LL-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Amended Petition for Writ of Habeas Corpus and ORDERS that Respondents to immediately release Petitioner from custody subject only to the conditions of his preexisting parole. This case is hereby closed.

**Date:** 10/6/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4851-LL-VET

Respondents:

Jeremy Casey,
Warden at Imperial Regional Detention Center;
The Attorney General of the State of California,
additional respondent;
Markwayne Mullin,
Secretary of the Department of Homeland Security;
Todd Blanche;
Todd Lyons,
Acting Director, Immigration and Customs Enforcement;
Jesus Rocha,
Acting Field Office Director, San Diego Field Office